**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 26, 2019.**



In The

# Fourteenth Court of Appeals

———

## NO. 14-19-00548-CV

———

## IN RE ABDEE SHARIFAN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-71319**

---

## MEMORANDUM OPINION

On July 12, 2019, relator Abdee Sharifan filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl L. Moore, presiding judge of the 333rd District Court of Harris County, to set aside his (1) April 5, 2019 order (a) denying relator's motion to strike the post-judgment petition in intervention and (b) granting the motion to deposit funds and release the

supersedeas bond and ordering defendant released from the judgment; and (2) June 19, 2019 order granting the motion to compel relator to execute and deliver a release of judgment to the defendant.

Relator has failed to establish that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.